IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, <br><br> Defendants. | No. 18-cv-1261 (KBJ) |

## AFFIDAVIT OF SERVICE:

I, LAURI SMITH, hereby state that:

On the 6th day of June, 2018, I caused to be deposited in the United States Mail a true and correct copy of the summons and two copies of the complaint in the above captioned action, postage prepaid, return receipt requested addressed to the following Defendant:

> Attn: Civil Process Clerk
> Hon. Jessie K. Liu
> United States Attorney
> U.S. Attorney's Office for the District of Columbia
> 555 4th Street NW
> Washington, DC 20530

I have received the return receipt for the certified mail, number 70151730000122183676, indicating that delivery of the summons and two copies of the complaint was made upon the United States Attorney's Office for the District of Columbia on the 11th day of June. A copy of the certified return receipt is attached to this affidavit, as is a Tracking History statement

generated by the U.S. Post Office showing delivery upon said Defendant on June 11, 2018, at 5:07 a.m. I further state that I am over the age of 18 and that I am not a party to the above action.

I declare under penalty of perjury that the foregoing is true and correct.

6/14/2018
Date

*Lauri Smith*
Lauri Smith

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

ATTN: CIVIL PROCESS CLERK
HON. JESSIE K LIU
UNITED STATES ATTORNEY
US ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4TH STREET NW
WASHINGTON DC 20530

9590 9403 0893 5223 3525 22

2. Article Number (Transfer from service label)
7015 1730 0001 2218 3676

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ely Aase_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
JUN 1 1 2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

USPS TRACKING#

9590 9403 0893 5223 3525 22

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

RECEIVED
JUN 14 2018
GENERAL COUNSEL

Sender: Please print your name, address, and ZIP+4® in this box•
American Federation of Government Employees
Office of the General Counsel
80 F Street NW
Washington DC 20001

7b/ AFGE v Trump/ 18-1261     Matt

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
```

OFFICIAL USE

| Certified Mail Fee | 76/AFGE v Trump |
| --- | --- |
| $ | No 18-1261 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark |
| ☐ Certified Mail Restricted Delivery $ | Here |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | 6/6/2018 |

Po
$
To  ATTN: CIVIL PROCESS CLERK
    HON. JESSIE K LIU
$   UNITED STATES ATTORNEY
St  US ATTORNEY'S OFFICE FOR THE
St  DISTRICT OF COLUMIBIA
    555 4TH STREET NW
Ci  WASHINGTON DC  20530

7015 1730 0001 2218 3676

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ×

**Tracking Number:** 70151730000122183676

**Expected Delivery on**

# MONDAY
# 11 JUNE 2018 ⓘ by 8:00pm ⓘ

## ✓ Delivered

June 11, 2018 at 5:07 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

**June 11, 2018, 5:07 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:07 am on June 11, 2018 in WASHINGTON, DC 20530.

**June 9, 2018, 1:32 pm**
Available for Pickup
WASHINGTON, DC 20530

**June 9, 2018, 12:49 pm**
Arrived at Unit
WASHINGTON, DC 20018

**June 9, 2018**
In Transit to Next Facility

**June 8, 2018**
In Transit to Next Facility

**June 7, 2018**
In Transit to Next Facility

**June 6, 2018, 10:11 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

---

**Product Information** 

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**