# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 18-cv-1261 (KBJ) |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## AFFIDAVIT OF SERVICE:

I, LAURI SMITH, hereby state that:

On the 6th day of June, 2018, I caused to be deposited in the United States Mail a true and correct copy of the summons and two copies of the complaint in the above captioned action, postage prepaid, return receipt requested addressed to the following Defendant:

> Hon. Jefferson Beauregard Sessions III
> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001

The summons and two copies of the complaint were mailed under certified mail number 70163560000068383631. A copy of the certified mail receipt is attached to this affidavit. I have not received the return receipt for this certified mailing. However, the tracking feature available at USPS.gov indicates that delivery of the summons and two copies of the complaint, certified mail number 70163560000068383631, was made upon said Defendant on the 11th day of June, at

5:07 a.m. A copy of the Tracking History statement generated by the U.S. Post Office showing delivery upon said Defendant is attached to this affidavit. I further state that I am over the age of 18 and that I am not a party to the above action.

I declare under penalty of perjury that the foregoing is true and correct.

6/19/2018
Date

*Lauri Smith*
Lauri Smith

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only
```

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $

76/AFGE v Trump
No 18-1261
6/6/18  Postmark Here

Postage
$
Total
$

Sent To
HON. JEFFERSON BEAUREGARD SESSIONS III
ATTORNEY GENERAL OF THE UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7014 3560 0000 6838 3631

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO…

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70163560000068383631    Remove ✕

Expected Delivery on

**MONDAY**
**11** JUNE 2018 ⓘ    by **8:00pm** ⓘ

## ✓ Delivered

June 11, 2018 at 5:07 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates    ⌄

---

Tracking History    ⌃

June 11, 2018, 5:07 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:07 am on June 11, 2018 in WASHINGTON, DC 20530.

June 9, 2018, 1:32 pm
Available for Pickup
WASHINGTON, DC 20530

**June 9, 2018, 12:49 pm**
Arrived at Unit
WASHINGTON, DC 20018

**June 9, 2018**
In Transit to Next Facility

**June 8, 2018**
In Transit to Next Facility

**June 7, 2018**
In Transit to Next Facility

**June 6, 2018, 10:11 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**June 6, 2018, 10:09 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**