# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, )<br><br>Plaintiff, )<br><br>v. )<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, )<br><br>Defendants. ) | No. 18-cv-1261 (KBJ) |

## AFFIDAVIT OF SERVICE:

I, LAURI SMITH, hereby state that:

On the 6th day of June, 2018, I caused to be deposited in the United States Mail a true and correct copy of the summons and two copies of the complaint in the above captioned action, postage prepaid, return receipt requested addressed to the following Defendant:

> Attn: Office of the General Counsel
> U.S. Office of Personnel Management
> 1900 E Street N.W.
> Washington, D.C. 20415

I have received the return receipt for the certified mail number 70151730000122183683 indicating that delivery of the summons and two copies of the complaint was made upon the U.S. Office of Personnel Management. A copy of the certified return receipt is attached to this affidavit, as is a Tracking History statement generated by the U.S. Post Office showing delivery upon said Defendant on the 11th day of June, 2018 at 7:24 a.m. I further state that I am over the age of 18 and that I am not a party to the above action.

I declare under penalty of perjury that the foregoing is true and correct.

6/19/2018
Date

*Lauri Smith* (signature)
Lauri Smith

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1

ATTN: OFFICE OF THE GENERAL COUNSEL
US OFFICE OF PERSONNEL MANAGEMENT
1900 E STREET NW
WASHINGTON DC 20415

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X R-ell
☑ Agent
☐ Addressee

B. Received by (Printed Name): RA Farrese
C. Date of Delivery

Is address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9403 0893 5223 3525 39

2. Article Number (Transfer from service label)
7015 1730 0001 2218 3683

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $
Total $
Sent To

7b/AFGE v Trump
No 18-1261

Postmark
Here

6/6/2018

ATTN: OFFICE OF THE GENERAL COUNSEL
US OFFICE OF PERSONNEL MANAGEMENT
1900 E STREET NW
WASHINGTON DC 20415

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7015 1730 0001 2218 3683

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70151730000122183683

Expected Delivery on

## MONDAY

**11** JUNE 2018 ⓘ by **8:00pm** ⓘ

## ✓ Delivered

June 11, 2018 at 7:24 am
Delivered, To Mail Room
WASHINGTON, DC 20415

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**June 11, 2018, 7:24 am**
Delivered, To Mail Room
WASHINGTON, DC 20415
Your item has been delivered to the mail room at 7:24 am on June 11, 2018 in WASHINGTON, DC 20415.

**June 10, 2018, 10:31 am**
Available for Pickup
WASHINGTON, DC 20415 

**June 10, 2018, 7:07 am**
Arrived at Hub
WASHINGTON, DC 20018

**June 9, 2018**
In Transit to Next Facility

**June 8, 2018**
In Transit to Next Facility

**June 7, 2018**
In Transit to Next Facility

**June 6, 2018, 10:11 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

---

Product Information 

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)