# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 18-cv-1261 (KBJ) |
| DONALD J. TRUMP, *in his official capacity as President of the United States,* *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## AFFIDAVIT OF SERVICE:

I, LAURI SMITH, hereby state that:

On the 6th day of June, 2018, I caused to be deposited in the United States Mail a true and correct copy of the summons and two copies of the complaint in the above captioned action, postage prepaid, return receipt requested addressed to the following Defendant:

> Donald J. Trump
> President of the United States
> 1600 Pennsylvania Avenue, N.W.
> Washington, D.C. 20500

I have received the return receipt for the certified mail number 70163560000068383655 indicating that delivery of the summons and two copies of the complaint was made upon Donald J. Trump. A copy of the certified return receipt is attached to this affidavit, as is a Tracking History statement generated by the U.S. Post Office showing delivery upon said Defendant on the 11th day of June, at 3:55 a.m. I further state that I am over the age of 18 and that I am not a party to the above action.

I declare under penalty of perjury that the foregoing is true and correct.

6/19/2018
Date

_Lauri Smith_ (signature)
Lauri Smith

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X  *MS OD*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

1. DONALD J TRUMP
   PRESIDENT OF THE UNITED STATES
   1600 PENNSYLVANIA AVENUE NW
   WASHINGTON DC 20500

lress different from item 1?  ☐ Yes
delivery address below:        ☐ No

9590 9403 0893 5223 3525 53

2. Article Number *(Transfer from service label)*

7016 3560 0000 6838 3655

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required          $_____
☐ Adult Signature Restricted Delivery $_____

Post
$
Total
$
Sent To
Street
City,

76/AFGEv Trump
No18-1261

Postmark
Here
6/6/2018

DONALD J TRUMP
PRESIDENT OF THE UNITED STATES
1600 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20500

7016 3560 0000 6838 3655

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO...

# USPS Tracking®

FAQs  >  (http://faq.usps.com/?articleId=220900)

Track Another Package  **+**

**Tracking Number:** 70163560000068383655          Remove ✕

**Expected Delivery on**

## MONDAY

# 11 JUNE 2018 ⓘ   by 8:00pm ⓘ

## ⓥ Delivered

June 11, 2018 at 3:55 am
Delivered
WASHINGTON, DC 20500

Get Updates ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                  ⌃

**June 11, 2018, 3:55 am**
Delivered
WASHINGTON, DC 20500
Your item was delivered at 3:55 am on June 11, 2018 in WASHINGTON, DC 20500.

**June 10, 2018, 11:36 am**
Available for Pickup
WASHINGTON, DC 20500

**June 10, 2018, 10:14 am**
Arrived at Hub
WASHINGTON, DC 20018

**June 9, 2018**
In Transit to Next Facility

**June 8, 2018**
In Transit to Next Facility

**June 7, 2018**
In Transit to Next Facility

**June 6, 2018, 10:11 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**June 6, 2018, 10:09 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

---

## Product Information ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**