**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>1750 H Street, N.W.<br>Washington, D.C.  20006<br><br>                              Plaintiff,<br><br>              v.<br><br>DONALD J. TRUMP,<br>President of the United States,<br>1600 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20035,<br><br>and<br><br>JEFF T.H. PON,<br>Director of the Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C.  20415<br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:18-cv-1348-KBJ,<br>   consolidated with<br>   No. 1:18-cv-01261-KBJ |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff National Treasury Employees Union (NTEU) respectfully submits as supplemental authority a recent Ninth Circuit decision assessing an executive order containing "consistent with law" language similar to the executive orders at issue in this litigation: City & County of San Francisco v. Trump, No. 17-17478, slip op. (9th Cir. Aug. 1, 2018) (attached).  During argument on July 25, 2018, the Court asked NTEU counsel about the pertinence of the "to the extent consistent with law" language contained in some of the executive order provisions at issue.  The Ninth Circuit addresses the significance of this type of language, in the context of an executive order, at pages 24-25 of its slip opinion, a copy of which is attached.

Respectfully submitted,

/s/ Gregory O'Duden
_____
GREGORY O'DUDEN
General Counsel
D.C. Bar No. 254862

/s/ Larry J. Adkins
_____
LARRY J. ADKINS
Deputy General Counsel
D.C. Bar No. 425653

/s/ Julie M. Wilson
_____
JULIE M. WILSON
Deputy General Counsel
D.C. Bar No. 482946

/s/ Paras N. Shah
_____
PARAS N. SHAH
Assistant Counsel
D.C. Bar No. 983881

/s/ Allison C. Giles
_____
ALLISON C. GILES
Assistant Counsel
D.C. Bar No. 439705

/s/ Jessica Horne
_____
JESSICA HORNE
Assistant Counsel
D.C. Bar No. 1029732

August 2, 2018

NATIONAL TREASURY
EMPLOYEES UNION
1750 H Street, N.W.
Washington, D.C.  20006
Tel:  (202) 572-5500
Fax:  (202) 572-5645
Email:  greg.oduden@nteu.org
Email:  larry.adkins@nteu.org
Email:  julie.wilson@nteu.org
Email:  paras.shah@nteu.org
Email:  allie.giles@nteu.org
Email:  jessica.horne@nteu.org

Attorneys for Plaintiff NTEU