**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | No. 1:18-cv-1261 (KBJ) |
| DONALD J. TRUMP, *et al.*, | ) ) |  |
| Defendants. | ) ) | **ORDER** |
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, FD-1, IAMAW, AFL-CIO, *et al.*, | ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| DONALD J. TRUMP, *et al.*, | ) ) |  |
| Defendants. | ) ) |  |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| DONALD J. TRUMP, *et al.*, | ) ) |  |
| Defendants. | ) ) |  |
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) ) |  |

|                        |   |
|------------------------|---|
| Plaintiff,             | ) |
|                        | ) |
| v.                     | ) |
|                        | ) |
| DONALD J. TRUMP, *et al.*, | ) |
|                        | ) |
| Defendants.            | ) |
|                        | ) |

## ORDER

For the reasons stated in the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the four **motions for summary judgment** filed by the seventeen plaintiff Unions that are parties to this case (ECF Nos. 26, 27, 29, 30),[1] and the **cross-motion for summary judgment** filed by Defendants Donald J. Trump, United States Office of Personnel Management, and OPM Director Jeff T. Pon (ECF No. 40), are **GRANTED IN PART AND DENIED IN PART**.  It is

**FURTHER ORDERED** that sections 5(a), 5(e), and 6 of Executive Order 13,836 (also known as "The Collective Bargaining Procedures Order"); sections 3(a), 4(a), and 4(b) of Executive Order 13,837 (also known as "The Official Time Order"); and sections 3, 4(a), and 4(c) of Executive Order 13,839 (also known as "The Removal

---

[1]  American Federation of Government Employees, AFL-CIO; the National Treasury Employees Union; the National Federation of Federal Employees, FD1, IAMAW, AFL-CIO; the American Federation of State, County and Municipal Employees, AFL-CIO; the International Association of Machinists and Aerospace Workers, AFL-CIO; the Seafarers International Union of North America, AFL-CIO; the National Association of Government Employees, Inc.; the International Brotherhood of Teamsters; the Federal Education Association, Inc.; the Metal Trades Department, AFL-CIO; the International Federation of Professional and Technical Engineers, AFL-CIO & CLC; the National Weather Service Employees Organization; the Patent Office Professional Association; the National Labor Relations Board Union; the National Labor Relations Board Professional Association; the Marine Engineers' Beneficial Association, District No. 1 PCD, AFL-CIO; and the American Federation of Teachers, AFL-CIO.

Procedures Order") are hereby declared **INVALID**.  All other provisions of these Executive Orders **REMAIN IN EFFECT**.  It is

 **FURTHER ORDERED** that the President's subordinates within the Executive Branch are **ENJOINED** from implementing or giving effect to any of the invalid executive order provisions listed above.


DATE:  August 24, 2018     *Ketanji Brown Jackson*
               KETANJI BROWN JACKSON
               United States District Judge