**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Consolidated Case No. 1:18-cv-01261-KBJ <br><br> **NOTICE OF APPEAL** |
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, FD-1, IAMAW, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | |

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | |
| Plaintiff, | |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

Notice is hereby given that all Defendants in the above-captioned matters hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the August 24, 2018 Order and the August 25, 2018 Memorandum Opinion of the Honorable Kentanji Brown Jackson, United States District Judge (ECF Nos. 57, 58). This appeal includes all prior orders and decisions that merge into the Court's August 24, 2018 Order.

Dated: September 25, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Rachael Westmoreland*
RACHAEL WESTMORELAND
(GA Bar #539498)

*/s/ M. Andrew Zee*
M. ANDREW ZEE
(CA Bar #272510)

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-1280
Fax:  (202) 616-8460
Email: rachael.westmoreland@usdoj.gov

*Counsel for Defendants*